# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

PERPETUA EZEH,

    Plaintiff,

v.    Case No. RDB-14-2694

9109 LIBERTY ROAD OPERATIONS, LLC,

    Defendant.

\*\*\*\*\*\*

## ORDER OF JUDGMENT

The jury having returned a verdict in favor of the Defendant 9109 Liberty Road Operations, LLC against the Plaintiff Perpetua Ezeh, it is this 1st day of October, 2018,

**ORDERED,**

1. Judgment is entered in favor of Defendant 9109 Liberty Road Operations, LLC, with costs; and

2. Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

_____
Richard D. Bennett
United States District Judge